**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:06-CR-06 CAS |
| | ) | |
| LINEL CAMPBELL, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Defendant has filed a pro se motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2). Defendant was previously represented by the Office of the Federal Public Defender, which will be reappointed to represent defendant in this matter.

Accordingly,

**IT IS HEREBY ORDERED** that the Office of the Federal Public Defender for this district is appointed to represent defendant in this matter, in accordance with the Administrative Order of the Court dated January 15, 2008.

**IT IS FURTHER ORDERED** that defense counsel shall inform the Court in writing, by February 29, 2008, whether counsel expects to file an amended motion under 18 U.S.C. § 3582.

                                                                                      **CHARLES A. SHAW**
                                                                                      **UNITED STATES DISTRICT JUDGE**

Dated this   19th   day of February, 2008.